**Petition for Writ of Habeas Corpus Granted and Order filed February 14, 2014.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

### NO. 14-14-00133-CV

### IN RE JAKESIA SADE CELESTINE

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-21521**

## O R D E R

This Court has reviewed the petition for writ of habeas corpus of relator, Jakesia Sade Celestine.

The Court is of the opinion that relator's petition requires further consideration. *See* Tex. R. App. P. 52.8(b)(3). We therefore order the Clerk of this Court to issue a writ of habeas corpus, returnable on March 26, 2014, pending final determination of the relief requested in the petition. We further order that relator be discharged upon execution and filing of a bond as set forth below. *See id.*

The relator will be admitted to bail upon her giving a good and sufficient bond, signed by relator as principal and her attorney, Charles C. Guidry, as surety, conditioned as required by law, or by any other surety acceptable to the Sheriff of Harris County, or cash in lieu of bond, in the sum of five hundred dollars ($500.00), pending the hearing on the return date of this writ, and until otherwise ordered by this Court.

A response to the petition is hereby requested to be filed on or before February 24, 2014. The cause is set for submission without oral argument on March 26, 2014.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Brown.